```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/07
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOSEPH MURRAY,

                Plaintiff,           05 CIVIL 5462 (RJS)(KNF)

    -against-                     **JUDGMENT**

VISITING NURSE SERVICES OF NEW YORK,
AND HOWARD FREY,

                Defendants.
-----------------------------------------------------------X

       Defendants having moved for summary judgment, and the matter having come before the Honorable Richard J. Sullivan, United States District Judge, and the Court, on October 31, 2007, having rendered its Memorandum and Order granting defendants' motion for summary judgment as to plaintiff's Title VII claims, and because the Court declines to exercise supplemental jurisdiction over plaintiff's remaining state and city law claims, dismissing those claims without prejudice, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated October 31, 2007, defendants' motion for summary judgment is granted as to plaintiff's Title VII claims, and because the Court declines to exercise supplemental jurisdiction over plaintiff's remaining state and city law claims, those claims are dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
         December 11, 2007

                                           **J. MICHAEL McMAHON**
                                                  Clerk of Court
                           BY:

                                                   Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____